# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 7 |
| PAMELA ANNETTE MOORE | CASE NO: 20-06397-JMC-7A |
| DEBTOR | JUDGE: JAMES M. CARR |

## RESPONSE TO MOTION FOR AUTHORITY TO SELL REAL ESTATE

NOW COMES THE SECURED CREDITOR, Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through its counsel, and hereby files its Response to the Trustee's Motion to Sell Real Estate in the above-captioned matter. Nationstar Mortgage LLC d/b/a Mr. Cooper holds the first mortgage on the property located at 2331 E Einding Brook Circle, Bloomington, IN 47401. As such it is entitled to have its first mortgage paid in full from the proceeds of the Sale pursuant to a payoff provided by Nationstar Mortgage LLC d/b/a Mr. Cooper at the time of closing.

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper prays that its mortgage be paid in full through the date of closing from the proceeds of the Sale.

/s/ Brian K. Tekulve
Law Office of Gerald M. Shapiro, LLP
Matthew Murtland 0088290
Phillip Barragate 0063017
Kerri N. Bruckner 89223
Brian Tekulve 30882-49
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone: (513) 396-8100
Fax: (847) 627-8805
Email: logsecf@logs.com

## **CERTIFICATE OF SERVICE**

Certifier certifies that it has served a copy of this Notice on November 3, 2021:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Mark S Zuckerberg, Law Office of Mark S Zuckerberg, P.C., on behalf of Pamela Annette Moore, debtor, at filings@mszlaw.com

    Jenice Golson-Dunlap, on behalf of the Chapter 7 Trustee's office at jgolsondunlap@gmail.com

    Joseph L. Mulvey, MULVEY LAW LLC, on behalf of the Chapter 7 Trustee, at joseph@mulveylawllc.com

And by regular U.S. mail, postage prepaid, on:

    Pamela Annette Moore, 100 Stonegate Court, Bedford, IN 47421

    /s/ Brian K. Tekulve
    Law Office of Gerald M. Shapiro, LLP
    Matthew Murtland 0088290
    Phillip Barragate 0063017
    Kerri N. Bruckner 89223
    Brian Tekulve 30882-49
    4805 Montgomery Road, Suite 320
    Norwood, OH 45212
    Phone: (513) 396-8100
    Fax: (847) 627-8805
    Email: logsecf@logs.com

21-039855 BK01; ob; October 28, 2021